# In the United States District Court for the Southern District of Georgia
## Brunswick Division

ROBERTO BAPTISTE,

    Plaintiff,

v.

ALEJANDRO MAYORKAS, Secretary of U.S. Department of Homeland Security,

    Defendant.

CV 222-045

### ORDER

Before the Court is the parties Joint Stipulation of Voluntary Dismissal, dkt. no. 14, wherein they notify the Court that Plaintiff wishes to dismiss all claims asserted in this action without prejudice. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment), as well as 41(a)(1)(A)(ii) (stipulation by all parties who have appeared). Accordingly, all claims asserted in this action are **DISMISSED without prejudice.** Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED,** this ___ day of October, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA